FRED BAKER *v.* HELENE BAKER
(6589)

SPALLONE, DALY and STOUGHTON, Js.

Submitted on briefs September 20—decision released October 11, 1988

*John P. Febbroriello* filed a brief for the appellant (plaintiff).

*Robert M. Shields, Jr.,* and *Wesley W. Horton* filed a brief for the appellant (defendant).

PER CURIAM. There is no error.